Mr. Chief Justice JONES took no part in the consideration or decision of this case.

Mr. Justice ROBERTS dissents.

## Commonwealth *v.* Lawrence, Appellant.

Submitted September 24, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Richard Peter Krill,* Public Defender, for appellant.

*W. Bertram Waychoff,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 23, 1974:
Order affirmed.

## Commonwealth *v.* Frankford Trust Company, Appellant.

Argued January 12, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Frank A. Sinon,* with him *Sherill T. Moyer,* and *Rhoads, Sinon & Reader,* for appellant.

*Edward T. Baker,* Deputy Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, April 23, 1974:
Order affirmed.

## Adams Appeals.

Argued April 30, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.